Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-458-679

**Effective Date of Registration:**
August 05, 2025
**Registration Decision Date:**
August 21, 2025

---

### Title

**Title of Work:** Cuddly Kittens

### Completion/Publication

**Year of Completion:** 1999
**Date of 1st Publication:** February 02, 1999
**Nation of 1st Publication:** United States

### Author

- **Author:** Jenny Newland
  **Author Created:** 2-D artwork
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Jenny Newland
789 North Pinion Road, Payson, AZ, 85541, United States

### Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 05255 United States

### Certification

**Name:** David Denholm
**Date:** August 05, 2025
**Applicant's Tracking Number:** JN2025080501

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-458-663

**Effective Date of Registration:**
August 05, 2025
**Registration Decision Date:**
August 21, 2025



---

## Title

**Title of Work:** Golfing Puppies

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** September 05, 2007
**Nation of 1st Publication:** United States

## Author

- **Author:** Jenny Newland
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jenny Newland
789 North Pinion Road, Payson, AZ, 85541, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** August 05, 2025
**Applicant's Tracking Number:** JN2025080502

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-458-664

**Effective Date of Registration:**
August 05, 2025
**Registration Decision Date:**
August 21, 2025

---

## Title

| | |
|---|---|
| Title of Work: | Puppies |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 1998 |
| Date of 1st Publication: | November 18, 1998 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Jenny Newland |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Jenny Newland |
| | 789 North Pinion Road, Payson, AZ, 85541, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Art Licensing International, Inc. |
| Name: | Jack Appelman |
| Address: | PO BOX 2568 |
| | Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | August 05, 2025 |
| Applicant's Tracking Number: | JN2025080503 |

Page 1 of 2

